**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - Eastern Division

| | | |
|---|---|---|
| In re Debtor<br>FARM FRESH RANCH MARKET, | ) | Case No. CV 08-06244 SGL |
| | ) | |
| | ) | |
| v. | ) | **ORDER OF DISMISSAL** |
| | ) | |
| Appellant<br>FARM FRESH RANCH MARKET, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Appellee<br>United States Trustee for Region 16 | ) | |
| | ) | |

_____

   The Court having ordered the plaintiff to show cause in writing, not later than July 20, 2009,

why this action should not be dismissed for lack of prosecution and Plaintiff having failed to

respond,

   The Court **ORDERS** that this action be, and hereby is, dismissed without prejudice for lack

of prosecution and for failure to comply with the orders of the Court, pursuant to Federal Rule of

Civil Procedure Rule 41.

   The Clerk shall mail, FAX or E:mail a copy of this Order to all counsel.

Dated: July 27, 2009

                           STEPHEN G. LARSON
                           UNITED STATES DISTRICT JUDGE